UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY V. WELLS,<br><br>            Plaintiff,<br><br>     v.<br><br>LIMA,<br><br>            Defendant. | Case No. 1:22-cv-00205-CDB (PC)<br><br>**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINE FORM**<br><br>**ORDER DIRECTING DEFENSE COUNSEL TO CONTACT COURTROOM DEPUTY CLERK** |

Stanley V. Wells is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.      BACKGROUND**

On May 22, 2023, the Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 18.) On July 7, 2023, the Court issued its Order Granting Extension of Time to File Notice Regarding Early Settlement Conference. (Doc. 20.) Specifically, the Court ordered the parties to file their notice concerning whether an early settlement conference would be productive no later than August 7, 2023. (*Id*. at 2.)

On July 25, 2023, Plaintiff filed his notice, indicating his belief an early settlement conference would be productive. (Doc. 21.) On August 4, 2023, Defendant Lima also indicated agreement to participate in an early settlement conference. (Doc. 22.)

## II. DISCUSSION

The Court's May 22, 2023 order referring this action to early ADR provided a 45-day deadline for the filing of the notice indicating each party's agreement or declination to participate in an early settlement conference. (Doc. 18 at 2.) The order additionally indicated that where the parties agreed to participate in an early settlement conference, defense counsel was to contact the undersigned's Courtroom Deputy Clerk within 60 days to schedule the settlement conference. (*Id.*) As noted above, the Court extended the 45-day deadline by 30 days, to August 7, 2023. (*See* Doc. 20.) While the order granting an extension of the 45-day deadline did not specifically extend the deadline concerning defense counsel contacting Ms. Hall, the fifteenth day following the extended notice filing deadline is August 22, 2023.

The Court separately notes Defendant also was ordered to file a Consent/Decline of U.S. Magistrate Judge Jurisdiction form on May 22, 2023. (*See* Doc. 17 [notation to docket entry: "*Defendant's Consent or Decline due within thirty (30) days*"].) To date, although more than 30 days have passed, Defendant has failed to file the consent/decline form.[1] This form must be filed prior to the scheduling of an early settlement conference because if all parties were to consent to the jurisdiction of the undersigned, any early settlement conference would be heard before an unassigned magistrate judge rather than the undersigned as the assigned magistrate judge. Therefore, the Court will direct Defendant to file a Consent/Decline of U.S. Magistrate Judge Jurisdiction form prior to defense counsel contacting Ms. Hall to schedule an early settlement conference.

## III. CONCLUSION AND ORDER

For the reasons given above, **IT IS HEREBY ORDERED** that:

1. Defendant **SHALL** file a Consent/Decline of U.S. Magistrate Judge Jurisdiction form **no later than August 22, 2023**; and

///

///

---

[1] Plaintiff filed his consent/decline form on March 25, 2022. (Doc. 6.)

2

2. Defendant **SHALL** contact S. Hall, Courtroom Deputy Clerk, to schedule the early settlement conference **no later than August 25, 2023**.

IT IS SO ORDERED.

Dated:   **August 15, 2023**                     _____
                                          UNITED STATES MAGISTRATE JUDGE