# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY V. WELLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIMA,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:22-cv-00205-ADA-CDB (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Stanley V. Wells, CDCR #F-64934, a necessary and material witness in a settlement conference in this case on December 6, 2023, is confined in the California State Prison, Corcoran ("CSP-Cor") in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, via Zoom videoconference, on **Wednesday, December 6, 2023 at 10:30 a.m**.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-Cor, P. O. Box 8800, Corcoran, California 93212:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**November 6, 2023**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

