UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STANLEY V. WELLS,

Plaintiff,

v.

LIMA,

Defendant.

Case No. 1:22-cv-00205-KES-CDB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Doc. 47

Stanley V. Wells is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 6, 2025, the assigned magistrate judge filed findings and recommendations, recommending that defendant's motion for summary judgment be granted. Doc. 47. The magistrate judge provided plaintiff 14 days within which to file any objections to the findings and recommendations. *Id.* at 22. Plaintiff filed his objections on October 24, 2025. Doc. 48.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff's objections do not establish any error in the magistrate judge's factual findings or analysis. The objections largely consist of plaintiff's conclusory statements, unsupported by facts

in the record, and plaintiff does not show that there is any material dispute of fact that would preclude summary judgment.

Accordingly:

1. The findings and recommendations issued on October 6, 2025, Doc. 47, are **ADOPTED** in full;
2. Defendant's motion for summary judgment, Doc. 41, is **GRANTED**;
3. The Clerk of the Court is directed to enter judgment in favor of defendant Lima and to close this case.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE